## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

KENSINGTON PUBLISHING CORP., )
)
    Plaintiff, )    Case No. 06 CV 4748 (JSR)
)
v )    STIPULATION AND ORDER OF
)    DISMISSAL
HEATHER ARMSTRONG, )
)
    Defendant. )    **ECF CASE**
)    **FILED ELECTRONICALLY**
)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned counsel of record, that this action is hereby dismissed with prejudice and without costs or attorneys' fees (each side bearing its own).

Dated: New York, New York
       October 6, 2006

PERKINS LAW OFFICE, P.C.

By: _____
Patrick T. Perkins (PP 1694)
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819
Attorney for Plaintiffs

SMITH DORNAN & DEHN PC

By: _____
David Atlas (DA 0317)
110 East 42nd Street, Suite 1303
New York, New York 10017
Tel: (212) 370-5316
Fax: (212) 370-5317
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.
10-11-06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-13-06